Rel: October 11, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0078

Coastal Church v. Vanman Construction, Inc., d/b/a Vanman Architects & Builders, Inc.; Adam Holmes; and Angie Knodel (Appeal from Baldwin Circuit Court: CV-23-901068).

SHAW, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Bryan, Mendheim, and Mitchell, JJ., concur.